In the Matter of the Application of KENDALE CORPORATION, Respondent, against MALCOLM GRAHAM, INC., Appellant, for a Stay of Arbitration Instituted by Malcolm Graham, Inc., by Notice Dated May 21, 1940, Pursuant to Section 1458 of the Civil Practice Act.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ISABELLA VERDECANNA, Appellant, against WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNIE PELTZ and Others, Plaintiffs, and SAMUEL PELTZ and KAP REALTY COMPANY, INCORPORATED, Appellants, v. SCHUYLER DEVELOPMENT COMPANY, INC., and JOSEPH SHAMPAN, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of FERDINAND TAGLIARINI, an Incompetent Person. VINCENT TAGLIARINI, Petitioner, Appellant; VETERANS' ADMINISTRATION and EDWARD R. RAYHER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Veterans' Administration. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.